IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br><br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>METSO MINERALS INDUSTRIES, INC.,<br><br>Defendant. | Adv. Pro. No. 03-59709<br><br>CIVIL ACTION NO. 04-CV-1011 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, Metso Minerals Industries, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

594494v1                                  1

Dated: ~~July~~ September 2, 2005

                                    LOWENSTEIN SANDLER PC
Paul Kizel, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone (973) 597-2500

-and-

THE BAYARD FIRM

_/s/ M. Augustine_
Neil B. Glassman, Esq. (No. 2087)
Ashley B. Stitzer, Esq. (No. 3891)
Mary E. Augustine, Esq. (No. 4477)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Telephone (302) 655-5000

Co-Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust


LIGUORI, MORRIS & YIENGST

_/s/ Gregory A. Morris_
Gregory A. Morris (No. 3014)
46 The Green
Dover, DE 19901
Telephone : (302) 678-9900

Counsel for Metso Minerals Industries, Inc.

594494v1       2