## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 2nd day of ~~July~~ September, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA HAND DELIVERY

LIGUORI, MORRIS & YIENGST
Gregory A. Morris (No. 3014)
46 The Green
Dover, DE 19901

_____
Mary E. Augustine (No. 4477)

594494v1